DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOOKER T. ROBERTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1997

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 05-6570 CF10A.

Booker T. Roberts, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***